IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:08CR3044 |
| v. | ) | |
| JAY D. DECKER, | ) | ORDER REGARDING DISMISSAL |
| Defendant. | ) | |

The United States of America having informed the court that the defendant has died,

IT IS ORDERED that the indictment against the defendant is dismissed.

Dated June 18, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge